**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

**EDWARD PATRICK RYAN, JR., and**
**TAMMY LYNN RYAN,**
**Individually and as husband and wife,**

**Plaintiffs,**

**v.**

**CIVIL ACTION NO.: 1:26-CV-3**
**(JUDGE KLEEH)**

**LIBERTY MUTUAL PERSONAL**
**INSURANCE COMPANY, et. al.,**

**Defendants.**

**ORDER SETTING STATUS CONFERENCE ON PLAINTIFFS' MOTIONS TO COMPEL [ECF NOS. 70, 71, 90,91], AND DIRECTING PARTIES TO MEET AND CONFER PRIOR TO STATUS CONFERENCE AND DENYING PLAINTIFFS' MOTION [ECF NO. 77] TO COMPEL RULE 30(b)(6) DEPOSITION AS MOOT**

Presently pending before the Court are two motions to compel discovery [ECF Nos. 70, 71] filed by Plaintiffs on July 15, 2026. By Referral Order [ECF No. 72] entered on July 16, 2026, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motions [ECF Nos. 70, 71] to the undersigned Magistrate Judge for hearing and disposition.

Also pending before the undersigned is Plaintiffs' Motion for Protective Order [ECF No. 74] filed by Plaintiffs on July 16, 2026. By Referral Order [ECF No. 80] entered on July 24, 2026, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motion [ECF No. 74] to the undersigned Magistrate Judge for hearing and disposition.

In addition, pending before the Court is Plaintiffs' Motion to Compel Rule 30(b)(6) Deposition of Liberty Insurance Corporation [ECF Nos. 77] filed by Plaintiffs on July 21, 2026. By Referral Order [ECF No. 78] entered on July 22, 2026, the Hon. Thomas S. Kleeh, Chief United

States District Judge, referred the motions [ECF Nos. 77] to the undersigned Magistrate Judge for hearing and disposition.

Lastly, pending before the Court is Plaintiffs' Motion to Compel Full and Complete Answers to Plaintiff's First Set of Interrogatories to Allcat Claims Service, LP, Claim Assist Solutions, and Claim Assist Technologies, LLC [ECF No. 90] and Motion to Compel Full and Complete Responses to Plaintiff's First Requests for Production to Allcat Claims Service, LP, Claim Assist Solutions, and Claim Assist Technologies, LLC [ECF No. 91], filed on August 3, 2026. By Referral Order [ECF No. 93] entered on August 4, 2026, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motions [ECF No. 90, 91] to the undersigned Magistrate Judge for hearing and disposition.

On August 5, 2026, the Court convened a hearing on the pending motions, and the parties advised the Court they have continued to work diligently toward a resolution of the numerous matters. The parties advised on the record that there were still outstanding issues that remain. Specifically, the parties primarily detailed various concerns regarding the nature and scope of a protective order for the matter herein and its effect on the presently pending discovery requests.

Accordingly, the undersigned sets forth the following schedule: (1) on or before August 12, 2026, the parties are **ORDERED** to file an agreed upon protective order, if no such agreement occurs, the parties will file their respective proposals on the docket herein; and (2) Defendants are **ORDERED** to provide supplemental discovery on or before August 28, 2026.

Accordingly, it is hereby **ORDERED** that a Status Conference concerning the pending protective order [ECF No. 74] is scheduled before the undersigned on **Wednesday, August 12, 2026 at 9:00 a.m.** If the parties resolve the matter as it pertains to the protective order, they are directed to file a motion requesting the aforementioned Status Conference to be cancelled.

In addition, it is hereby **ORDERED** that a Status Conference concerning the pending motions to compel [ECF Nos. 70, 71, 90, 91] is scheduled before the undersigned on **Friday, September 11, 2026 at 9:00 a.m.**

Both hearings will be conducted remotely, using the Court's **Zoom videoconferencing/teleconferencing credentials.**

Participants in the Zoom proceeding may connect either by video or by telephone. Participants can connect by video by using the following link:

https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09. Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, or wish to receive the above hyperlink by e-mail, they may contact Magistrate Judge Aloi's Law Clerk, Carrie Miller, by calling (304) 623-7170 or sending e-mail to carrie_miller@wvnd.uscourts.gov.

Further, the parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to all outstanding motions, and as to the newly pending motions [ECF Nos. 90, 91], prior to the proceeding scheduled herein regarding the motions to compel. If the parties resolve all of the matters raised in said motions, counsel for the movant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motions, the Court will inquire as to the same during the aforementioned proceeding. The briefing schedule regarding the recently raised motions [ECF Nos. 90, 91] shall be governed by the Local Rule of Civil Procedure 7.02(b).

Additionally, considering Plaintiff's filed a Notice of Withdrawal of their Motion to Compel Rule 30(b)(6) Deposition of Liberty Insurance Corporation [ECF Nos. 94], the underlying

Motion to compel is moot. Accordingly, in light of the aforementioned, Plaintiff's motion to compel [ECF No. 77] is hereby **DENIED as moot**.

It is all so **ORDERED.**

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear pro se and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: August 5, 2026

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE