**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

| | |
|---|---|
| **EDWARD PATRICK RYAN, JR., and TAMMY LYNN RYAN, Individually and as husband and wife,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, et. al.,**<br><br>**Defendants.** | **CIVIL ACTION NO.: 1:26-CV-3**<br>**(JUDGE KLEEH)** |

**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES JOINT MOTION TO STAY PENDING DISCOVERY DISPUTES [ECF NO. 122], HOLDING PLAINTIFFS' MOTIONS TO COMPEL [ECF NOS. 70, 71, 90, 91] IN ABEYANCE, CANCELLING STATUS CONFERENCE ON SEPTEMBER 11, 2026, AND SETTING FURTHER STATUS CONFERENCE**

On August 5, 2026, the undersigned scheduled a status conference for September 11, 2026 [ECF No. 98] regarding the presently pending referred motions to compel, [ECF No. 70, 71, 90, 91], and ordering the parties to meet and confer prior to the status conference. However, by filing of September 10, 2026 [ECF No. 122], the parties have requested the undersigned hold the motions to compel in abeyance pending mediation which is scheduled for September 28, 2026.

Accordingly, based on the foregoing, and representations by the parties, the Status Conference scheduled before the undersigned on September 11, 2026 is hereby **CANCELLED.** In addition, based on the foregoing, it is hereby **ORDERED** that the Joint Motion to Stay Pending Discovery Disputes, Discovery Motions, and/or Discovery Issues Pending Outcome of Mediation and Modify the Fact Discovery Deadline [ECF No. 122] is **GRANTED IN PART** and the motions [ECF No. 70, 71, 90, 91] to compel are **HELD IN ABEYANCE** pending mediation. Inasmuch as

the motion contains a request to modify the overall fact discovery deadline, and in essence the operative scheduling order, the request is **DENIED in part** and the parties must raise their request in a separate motion to the presiding district judge.

It is further **ORDERED** that the matter is set for an additional Status Conference before the undersigned on **Monday, October 5, 2026 at 9:00 a.m.** to address any outstanding issues with the pending motions, should the parties not resolve the issues raised therein prior to the status conference.

To join the proceeding, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Carrie Miller, by calling (304) 623-7170, or sending e-mail to carrie_miller@wvnd.uscourts.gov.

Finally, it is **ORDERED** that, if the above-noted Status Conference is to proceed, **then the parties are directed to meet and confer, by telephone or other real-time means, as to the subject motion prior to the hearing.** If the parties resolve all of the matters raised in said motions, then counsel for the movant shall notify the Court forthwith by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in said motion, the Court will inquire as to the same during the aforementioned status conference.

It is all so **ORDERED.**

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: September 11, 2026

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE